UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARVIN M. WILLIAMSON, JR. (#543885)

VERSUS

LOUISIANA DEPARTMENT OF
CORRECTIONS, ET AL.

CIVIL ACTION

NO. 13-205-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 23, 2015 (doc. no. 20) to which no objection has been filed.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion for Summary Judgment is DENIED, the defendant's Motion for Summary Judgment is GRANTED and the claims against James LeBlanc are DISMISSED. Further, the plaintiff's claim against the Louisiana Department of Public Safety and Corrections are DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and without leave to amend because there is no conceivable, non-frivolous federal claim the plaintiff could assert against the defendant consistent with the facts alleged in his complaint and this action is DISMISSED.

Baton Rouge, Louisiana, this 2nd day of March, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA